61 F.3d 906
 We, American National People of These U.S. Republic of State
of Wisconsin, In Relation To: ex rel. Bruce
Verdone, Pro Per, Sui Juris, De Jure, At Law
 NO. 94-2106
 United States Court of Appeals,
Seventh Circuit.
 Mar 06, 1995
 
 Appeal From: E.D.Wis.
 VACATED.
 
 
 1
 Federal Reporter. The Seventh Circuit provides by rule that when a decision does not satisfy the criteria for publication it will be filed as an unpublished order. Except to support a claim of res judicata, collateral estoppel or law of the case, an unpublished order shall not be cited or used as precedent. Seventh Circuit Rules, Rule 53(b), 28 U.S.C.A.)